UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>David Eric ARCHEY<br><br>Defendant. | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

On or about **July 10, 2008**, within the Southern District of California, defendant **David Eric ARCHEY**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Gilberto FLORES-Arellano** and **Gabriela GUTIERREZ-Garcia**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11th DAY OF **July, 2008**.

_____
MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

The complainant states that **Gilberto FLORES-Arellano (Material Witness 1)** and **Gabriela GUTIERREZ-Garcia (Material Witness 2)** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 10, 2008 at approximately 1:03 am, **David Eric ARCHEY (Defendant)**, applied for admission to the U.S. at the San Ysidro Port of Entry via lane 15 driving a dark grey 2002 Chevrolet Suburban. During primary inspection, the Customs and Border Protection (CBP) Officer was alerted by a computer generated referral. **Defendant** claimed to be a Native American Indian and presented a tribal identification. **Defendant** stated he was not bringing anything from Mexico, was traveling home to Los Angeles, California, and claimed ownership of the vehicle. The CBP Officer subsequently escorted the vehicle into secondary inspection per the referral. During secondary inspection, CBP Officers discovered a non-factory compartment in the undercarriage of the vehicle. CBP Officers revealed an access panel to the compartment by removing hand tightened bolts which were securing the rear seats. The compartment was opened and **Material Witness 1** and **Material Witness 2** were found concealed in two separate coffin-like compartments. **Defendant, Material Witness 1,** and **Material Witness 2** were all taken into custody by CBP Officers. Upon further inspection of the vehicle, CBP Officers discovered a counterfeit California Department of the Motor Vehicles registration bearing his name.

On July 10, 2008 at approximately 5:25 am, Immigration and Customs Enforcement (ICE) Special Agents conducted a videotaped interview of **Defendant**. **Defendant** was advised of his Miranda Rights, and acknowledged his rights both verbally and in writing. **Defendant** signed a written waiver of his rights, and agreed to answer questions without an attorney present. **Defendant** stated he traveled to Tijuana, Mexico on July 3, 2008. **Defendant** stated that on July 7, 2008, a Hispanic male by the name of "Tyson" recruited him to drive a vehicle across the border into the U.S. from Mexico. **Defendant** stated he was aware that he was smuggling undocumented aliens, but did not know how many.

During a videotaped interview, **Material Witness 1** stated he is a citizen of Mexico, by birth in Guadalajara, Jalisco, Mexico with no legal right to enter, pass through or remain in the United States. **Material Witness 1** identified **Defendant** from a photographic lineup and stated he saw him near the vehicle when he entered the compartment. **Material Witness 1** stated he was to pay a smuggling fee of $3000 USD. **Material Witness** stated he was going to San Francisco, California.

During a videotaped interview, **Material Witness 2** stated she is a citizen of Mexico, by birth in Zamora, Michoacan, Mexico with no legal right to enter, pass through or remain in the United States. **Material Witness 2** stated she was to pay a smuggling fee of $3500 to $3800 USD. **Material Witness 2** stated she was going to Los Angeles, California.