U.S.A. vs __David Eric Archey__    No. __08mj2115__

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __7-14-08__ and ended on __7-17-08__ ; ( XM )
_____ and ended on _____ . ( )

**3161(h)**

___ (1)(A)  Exam or hrg for **mental or physical incapacity**  A

___ (1)(B)  **NARA exam**ination (28:2902)  B

___ (1)(D)  State or Federal trials or **other charges pending**  C

___ (1)(E)  **Interlocutory appeals**  D

___ (1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)  E

___ (1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)  F

___ (1)(J)  **Proceedings under advisement** not to exceed thirty days  G

___         Misc proc: Parole or prob rev, deportation, **extradition**  H

___ (1)(H)  **Transportation** from another district or to/from examination
            or hospitalization in ten days or less  6

___ (1)(I)  Consideration by Court of **proposed plea agreement**  7

___ (2)     **Prosecution deferred** by mutual agreement  I

_X_ (3)(A)(B)  **Unavailability of defendant** or **essential witness**  (M)

___ (4)     Period of **mental or physical incompetence** of defendant to
            stand trial  N

___ (5)     Period of **NARA commitment or treatment**  O

___ (6)     **Superseding indictment and/or new charges**  P

___ (7)     **Defendant awaiting trial of co-defendant** when no severance
            has been granted  R

___ (8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than
               one of the reasons below are given in support of continuance  T

___ (8)(B)(I)  1) Failure to grant a **continuance** in the proceeding
                  would result in a **miscarriage of justice** and
                  the ends of justice outweigh the best interest
                  of the public and the defendant in a speedy trial.
                  **(Continuance - miscarriage of justice)**  T1

___            2) Failure to grant a **continuance** of the trial would result in
                  a miscarriage of justice as the defendant has tendered a
                  guilty plea to a magistrate judge and is awaiting a
                  determination as to whether the plea will be accepted.
                  **(Continuance - tendered a guilty plea)**

___ (8)(B)(ii)  2) **Case** unusual or **complex**  T2

___ (8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3

___ (8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,
                   or give reasonable time to prepare
                   **(Continuance re counsel)**  T4

___ 3161(I)  Time up to **withdrawal of guilty plea**  U

___ 3161(b)  **Grand jury indictment time extended** thirty (30) more days  W

Date __7-14-08__                                    __CAB__
                                                 Judge's Initials