```
 1  BRIDGET KENNEDY
    California State Bar No. 253416
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5030
    Telephone (619) 234-8467
 4  Facsimile (619) 687-2666
    bridget_kennedy@fd.org
 5
 6  Attorneys for Mr. Archery
 7
```

8                    UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Case No. 08mj2115 |
| 12          Plaintiff, | ) | |
| 13 v. | ) | **NOTICE OF APPEARANCE** |
| 14 DAVID ERIC ARCHEY, | ) | |
| 15          Defendant. | ) | |

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned.

20                                          Respectfully submitted,

21 Dated: July 17, 2008                      *s/ Bridget Kennedy*
                                             Federal Defenders of San Diego, Inc.
22                                           *bridget_kennedy@fd.org*

1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Archey
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      )  Case No. 08mj2115
                                  )
12         Plaintiff,              )
                                  )
13 v.                              )  PROOF OF SERVICE
                                  )
14 **DAVID ERIC ARCHERY,**         )
                                  )
15         Defendant.              )
                                  )
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22 Dated: July 17, 2008              _s/ Bridget L. Kennedy_
                                     **BRIDGET L. KENNEDY**
23                                   Federal Defenders of San Diego, Inc.,
                                     225 Broadway, Suite 900
24                                   San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
25                                   (619) 687-2666  (fax)
                                     e-mail:bridget_kennedy@fd.org
26
27
28