1 **BRIDGET KENNEDY**
California State Bar No. 253416
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone (619) 234-8467
4 Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6 Attorneys for Mr. Archey

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    Case No. 08mj2115
                                    )
12              Plaintiff,          )
                                    )
13 v.                               )
                                    )    **NOTICE OF APPEARANCE**
14 DAVID ERIC ARCHEY,               )
                                    )
15              Defendant.          )
                                    )

16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned.

20                                       Respectfully submitted,

21 Dated: July 22, 2008                   *s/ Bridget Kennedy*
                                          Federal Defenders of San Diego, Inc.
22                                        *bridget_kennedy@fd.org*

1  **BRIDGET KENNEDY**
California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5030
Telephone (619) 234-8467
4  Facsimile (619) 687-2666
bridget_kennedy@fd.org
5
6  Attorneys for Mr. Archey
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,         )    Case No. 08mj2115
                                      )
12              Plaintiff,            )
                                      )
13  v.                                )    PROOF OF SERVICE
                                      )
14  **DAVID ERIC ARCHEY,**            )
                                      )
15              Defendant.            )
                                      )
16
17           Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19  upon:
20           **United States Attorney**
             efile.dkt.gc1@usdoj.gov
21
22  Dated: July 22, 2008                    _s/ Bridget L. Kennedy_
                                            **BRIDGET L. KENNEDY**
23                                          Federal Defenders of San Diego, Inc.,
                                            225 Broadway, Suite 900
24                                          San Diego, CA 92101-5030
                                            (619) 234-8467 (tel)
25                                          (619) 687-2666 (fax)
                                            e-mail:bridget_kennedy@fd.org
26
27
28