UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> DAVID ERIC ARCHEY ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj2115 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

GABRIELA GUTIERREZ-GARCIA

DATED: 7/23/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by J. Jarabek
                Deputy Clerk
**J. JARABEK**