# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. _08MJ 2115_ |
| | ) | ORDER |
| vs. | ) | |
| David Eric Archey | ) ) ) | RELEASING MATERIAL WITNESS |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District/~~ Magistrate Judge,  LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore
committed to the custody of the United States Marshal as a material witness be
released from custody:    (Bond Posted / Case Disposed / Order of Court).

Mat. wit. Gilberto Flores - Arellano

DATED: _07/31/08_

RECEIVED _____
                    DUSM

LOUISA S. PORTER

UNITED STATES ~~DISTRICT/~~ MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
            Deputy Clerk

R. F. MESSIG

☆ U.S. GPO: 2003-561-774/70082